No. 02–527. BUILDING AND CONSTRUCTION TRADES DEPART-
MENT, AFL–CIO, ET AL. *v.* ALLBAUGH, DIRECTOR, FEDERAL
EMERGENCY MANAGEMENT AGENCY, ET AL. C. A. D. C. Cir.
Certiorari denied.

No. 02–615. DUBON-OTERO *v.* UNITED STATES; and
No. 02–616. GARIB BAZAIN *v.* UNITED STATES. C. A. 1st Cir.
Certiorari denied. Reported below: 292 F. 3d 1.

No. 02–621. BIDEGARY *v.* UNITED STATES. C. A. 9th Cir.
Certiorari denied.

No. 02–633. MATTEL, INC. *v.* MCA RECORDS, INC., ET AL.
C. A. 9th Cir. Certiorari denied.

No. 02–636. D&J ENTERPRISES, INC. *v.* UNITED STATES.
C. A. 11th Cir. Certiorari denied.

No. 02–643. FLAHERTY *v.* METROMAIL CORP. ET AL. C. A. 2d
Cir. Certiorari denied.

No. 02–648. CAMPBELL *v.* UNITED STATES. C. A. 2d Cir.
Certiorari denied.

No. 02–709. SCHUETZ *v.* BANC ONE MORTGAGE CORP. C. A.
9th Cir. Certiorari denied.

No. 02–772. PALUMBO *v.* PUBLISHERS CLEARING HOUSE ET
AL. C. A. 7th Cir. Certiorari denied.

No. 02–774. KARLSEN ET AL. *v.* SILVA ET AL. C. A. 3d Cir.
Certiorari denied.

No. 02–789. AFRICAN METHODIST EPISCOPAL ZION CHURCH
ET AL. *v.* FROM THE HEART CHURCH MINISTRIES, INC., ET AL.
Ct. App. Md. Certiorari denied.

No. 02–792. ROSS *v.* MOORE, CHIEF JUSTICE, SUPREME COURT
OF ALABAMA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–793. FJELLINE ET AL. *v.* GRECO ET AL. Ct. App. Cal.,
3d App. Dist. Certiorari denied.